**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

KENNETH P. SEMATASKA,

    Plaintiff,

v.                                          Case No: 5:23-cv-410-JSM-PRL

AT&T UMBRELLA BENEFIT PLAN
NO. 3,

    Defendant.
_____

**ORDER**

    The Court has been advised via a Notice of Settlement (Dkt. 10) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b), it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida, this 15th day of September, 2023.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record